Paul T. Trimmer, Bar No. 9291
trimmerp@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GLORIA BRULE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE MIRAGE CASINO-HOTEL, d/b/a THE MIRAGE,<br><br>Defendant. | Case No. 2:15-cv-00878-JCM- VCF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS (DOC. 8)** |

Defendant Mirage Casino-Hotel doing business as The Mirage ("The Mirage" or "Defendant"), and Plaintiff Gloria Brule, by and through their respective attorneys, and do hereby stipulate and agree to extend the time for Defendant to file a reply to its Motion to Dismiss (Doc. 8) from July 6, 2015 up to and including July 23, 2015.

On June 24, 2015, Plaintiff filed an Opposition to Defendant's Motion to Dismiss. *See* Doc 11. On July 6, 2015, the day Defendant's Reply was due, Plaintiff also filed a countermotion for leave to file an amended Complaint. *See* Doc. 12. Since amendment to the Complaint may affect the arguments currently set forth in Defendant's Motion to Dismiss and Plaintiff's Opposition thereto, the parties stipulate to allow Defendant additional time to consider Plaintiff's Countermotion for Leave to Amend her Complaint prior to Defendant filing the Reply to its Motion to Dismiss.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated: July 6, 2015                                              Dated: July 6, 2015

/s/Lisa A. McClane_____        /s/Guinness Ohazuruike_____
Paul T. Trimmer, Bar No. 9291                        Guinnes Ohazuruike, Bar No. 11231
Lisa A. McClane, Bar No. 10139                     6845 W. Charleston Blvd., #A
3800 Howard Hughes Parkway, Ste. 600         Las Vegas, NV 89117
Las Vegas, NV 89169                                       Attorney for Plaintiff
 Attorneys for Defendant

**IT IS SO ORDERED** July 7, 2015.

_____
UNITED STATES DISTRICT JUDGE