Paul T. Trimmer, Bar No. 9291
trimmerp@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GLORIA BRULE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE MIRAGE CASINO-HOTEL, d/b/a THE MIRAGE,<br><br>Defendant. | Case No. 2:15-cv-00878-JCM- VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Gloria Brule and The Mirage Casino-Hotel dba The Mirage ("Defendant"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Further, this Court shall retain jurisdiction over any disputes arising out of the court-facilitated resolution of this matter.

Dated: September 29, 2015                    Dated: September 29, 2015

/s/Lisa A. McClane                           /s/Guinness Ohazuruike
Paul T. Trimmer, Bar No. 9291                Guinnes Ohazuruike, Bar No. 11231
Lisa A. McClane, Bar No. 10139               6845 W. Charleston Blvd., #A
3800 Howard Hughes Parkway, Ste. 600         Las Vegas, NV 89117
Las Vegas, NV 89169                          Attorney for Plaintiff
 Attorneys for Defendant

**IT IS SO ORDERED** October 6, 2015.

_____
UNITED STATES DISTRICT JUDGE

4825-9359-4407, v. 1